RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 116262
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
maggie_lambrose@fd.org

Attorney for Adam Burley

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00073-KJD-NJK-1 |
| Plaintiff, | **STIPULATION TO CONTINUE PRETRIAL MOTION DEADLINES** |
| v. | (First Request) |
| ADAM BURLEY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Magaret W. Lambrose, Assistant Federal Public Defender, counsel for Adam Burley, that the previously ordered deadline for filing of pretrial motions be vacated and that the parties herein shall have to and including June 20, 2018, within which to file the Defendant's pretrial motions.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including July 5, 2018, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including July 12, 2018, to file any and all replies to dispositive motions.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to meet and discuss the government's proposed resolution with her client; and to determine whether to file a pretrial motion should her client reject the government's proposed resolution.

2. The defendant is incarcerated on an unrelated matter, and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to discuss the proposed resolution with her client.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first stipulation to continue filed herein.

DATED this 15th day of May, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| By /s/ Margaret W. Lambrose<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | By /s/ Christopher Burton<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

|     |                                          |                                      |
| --- | ---------------------------------------- | ------------------------------------ |
| 1   | UNITED STATES DISTRICT COURT             |                                      |
| 2   | DISTRICT OF NEVADA                       |                                      |

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

ADAM BURLEY,

      Defendant.

Case No. 2:18-cr-00073-KJD-NJK-1

<u>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER</u>

## <u>FINDINGS OF FACT, CONCLUSIONS OF LAW</u>

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time to meet and discuss the government's proposed resolution with her client; and to determine whether to file a pretrial motion should her client reject the government's proposed resolution.

2. The defendant is incarcerated on an unrelated matter, and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to discuss the proposed resolution with her client.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS THEREFORE ORDERED that the parties herein shall have to and including June 20, 2018, within which to file the Defendant's pretrial motions.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including July 5, 2018, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including July 12, 2018, to file any and all replies to dispositive motions.

DATED this 16th day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE