UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADAM BURLEY,<br><br>　　　　Defendant. | Case No. 2:18-cr-00073-KJD-NJK<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the restitution hearing currently scheduled for Wednesday, May 22, 2019 at 9:00 a.m., be vacated and an order of restitution be entered into the record.

　　　DATED this __2nd__ day of May, 2019.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE